IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

        Plaintiff,

        vs.                                  Case No. 14-10186-01-JTM

Charles Taylor,

        Defendant.

MEMORANDUM AND ORDER

        This matter is before the court on defendant Charles Taylor's Motion for Transfer, in which he seeks a transfer of his pretrial confinement from the Harvey County, Kansas Jail to the Sedgwick County Jail. Taylor is being held in custody on a felony charge of unlawful escape, in violation of 18 U.S.C. § 751. The court hereby denies defendant's motion.

        Under 18 U.S.C. § 3142(j), the defendant is explicitly committed to the custody of the United States Attorney General for pretrial confinement. Taylor has failed to provide any authority establishing that this Court, rather than the Attorney General, should supervise the place or conditions of his confinement.

        The court has reviewed the specific allegations advanced by Taylor — such as the alleged denial of medication or the lack of sheets or bedclothes — and finds no basis for concluding that the United States has infringed Taylor's constitutional rights by subjecting him to pretrial conditions which would rise to the level of unlawful punishment. The court finds that the government has made good faith efforts to supply Taylor with medication and personal care items. The defendant will

remain in custody in Harvey County, or at such other location as the government may designate.

IT IS ACCORDINGLY ORDERED this 5th day of December, 2014, that the defendant's Motion for Transfer (Dkt. 11) is hereby denied.

                                                                                    s/ J. Thomas Marten
                                                                                   J. THOMAS MARTEN, JUDGE